IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RONDA ESSER,

    Plaintiff,

v.

CAROLYN COLVIN, Commissioner
of Social Security,

    Defendant.

Case No. 3:15-cv-01939-MA

ORDER

MARSH, Judge.

Based on the Stipulation (ECF No. 22) of the parties, it is hereby ORDERED that attorney fees in the amount of $6,745.71 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Payment of this award shall be paid via check made payable to Plaintiff and mailed to Plaintiff's attorney Merrill Schneider, P.O. Box 114490, Portland, OR 97293. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (1970), the award shall be made payable to Plaintiff's attorney if the Commissioner confirms that Plaintiff owes no debt to the government through the federal treasury offset program.

IT IS SO ORDERED.

DATED this 4 day of January, 2017.

                                                Malcolm F. Marsh
                                                United States District Judge

1 - ORDER -